SO 7/21/25

MICHAEL LEHNERS, ESQ.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
P: 775-786-1695
F: 775-786-0799
E: michaellehners@yahoo.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

RAYMOND E. MALLETT,
MARILEE M. HUNT-MALLETT,

    Debtors.
_____/

BK CASE NO.: 24-50854-hlb
(Chapter 7)

HRG. DATE: 9-3-25
AND TIME: 2:30 pm

**NOTICE OF HEARING**

TO:    ALL PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that a MOTION TO MODIFY AUTOMATIC STAY was filed by Trustee W. Donald Gieseke. The Application seeks the following relief: Stay Relief for Cause. Any Opposition must be filed pursuant to Local Rule 9014(d)(1)

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court and serve a copy on the person making the motion **no later than 14 days** preceding the hearing date for the motion, unless an exemption applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority and be supported by affidavits or declarations that conform to Local Rule 9014(e).

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You **must** also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person you sent you this notice, then:
>
> The Court may **refuse to allow you to speak** at the scheduled hearing; and
> The Court may **rule against you** without formally calling the matter at the hearing

NOTICE IS FURTHER GIVEN that the hearing on said MATTER will be held before a United States Bankruptcy Judge on the 3rd day of Sept, 2025. at the hour of 2:30. **by telephone and if you want to participate you will need to call (833) 435-1820, Meeting ID 160 532 0260 Passcode 643758# per court direction**

DATED this 21 day of July, 2025.

_____
Michael Lehners, Esq.
Attorney for Trustee