*Hilary L. Barnes*
_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
April 03, 2026

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
General Counsel for W. Donald Gieseke
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

BK-N- 24-50854-hlb
CHAPTER 7

IN RE

RAYMOND E. MALLETT, MARILEE
M. HUNT-MALLETT,

Debtor(s).
_____/

ORDER GRANTING MOTION TO
APPROVE COMPROMISE OF CLAIMS
AGAINST THE ESTATE

On February 23, 2026 the Chapter 7 Trustee filed his Motion to Approve Compromise of Claims (ECF 69).

This Court finds that the Motion to Approve Compromise of Claims was properly noticed, and that no party has filed an objection to the Application. In light of the foregoing:

1

IT IS HEREBY ORDERED that the Motion to Approve Compromise of Claims is hereby approved.

Dated: ___4/2/26___

Michael Lehners, Esq.
Attorney for Chapter Seven
Trustee

2

## CERTIFICATION PER LR 9021

In accordance with LR 9021, counsel submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

XX No party appeared or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below: [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Michael Lehners, Esq.
Michael Lehners, Esq.
attorney for Movant